**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
DANIEL M. BURKE

**Order Filed on August 28, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.: 26-16683**

**Hearing Date: 08/27/2026**

**Judge: JOHN K. SHERWOOD**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: August 28, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): DANIEL M. BURKE

Case No.: 26-16683JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/27/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/27/2026 of the plan filed on 06/09/2026, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/10/2026 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.