Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−16683−TBA
Chapter: 13
Judge: CHRISTINE M GRAVELLE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Daniel M. Burke
188 Canterburry Drive
Ramsey, NJ 07446

Social Security No.:
xxx−xx−6715

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 6/9/26 and a confirmation hearing on such Plan has been scheduled for 8/27/26.

The debtor filed a Modified Plan on 9/10/26 and a confirmation hearing on the Modified Plan is scheduled for 10/22/2026. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 14, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16683-TBA
Daniel M. Burke Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Sep 14, 2026 Form ID: 186 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel M. Burke, 188 Canterburry Drive, Ramsey, NJ 07446-2507 |
| 521244876 | + | Harwood Lloyd, LLP, 130 Main Street, Hackensack, NJ 07601-7152 |
| 521244871 | + | Jennifer A. Burke, 188 Canterburry Drive, Ramsey, NJ 07446-2507 |
| 521244884 | + | Ramsey Golf and Country Club, 105 Lakeside Drive, Ramsey, NJ 07446-2599 |
| 521328010 | + | Ramsey Golf and Country Club, Inc., c/o John W. McDermott, 130 Main Street, Hackensack, New Jersey 07601-7102 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2026 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2026 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521244865 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 14 2026 21:11:41 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521244866 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 14 2026 21:12:01 | Aidvantage, Aidvantage Federal Student Aid Loan Ser, Po Box 300001, Greenville, TX 75403-3001 |
| 521244869 | + | Email/Text: bk@avant.com | Sep 14 2026 21:09:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 521244870 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 14 2026 21:07:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521318167 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 14 2026 21:07:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 521244872 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2026 21:11:48 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521255013 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 14 2026 21:12:02 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521244873 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 14 2026 21:11:47 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521244874 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 14 2026 21:08:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521244875 | + | Email/Text: mrdiscen@discover.com | Sep 14 2026 21:07:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521244877 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 14 2026 21:08:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 521293921 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2026 21:08:00 | Jefferson Capital Systems, LLC, PO BOX 7999, |

| | | | | |
|---|---|---|---|---|
| | | | | SAINT CLOUD, MN 56302-9617 |
| 521244878 | ^ | MEBN | Sep 14 2026 21:00:05 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521244879 | + | Email/Text: camanagement@mtb.com | Sep 14 2026 21:08:00 | M & T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 521330170 | | Email/Text: camanagement@mtb.com | Sep 14 2026 21:08:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 521244880 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Sep 14 2026 21:07:00 | Mercedes-Benz Financial, Attn: Bankruptcy, Po Box 961, Roanoke, TX 76262-0961 |
| 521253987 | | Email/Text: notices@bkservicing.com | Sep 14 2026 21:08:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 521244882 | + | Email/Text: netcreditbnc@enova.com | Sep 14 2026 21:09:00 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 521244883 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2026 21:07:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 521262799 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 14 2026 21:08:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 521244885 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 14 2026 21:08:00 | Upst/drb, Dr Bank Loan Operations, Attn: Bankruptc, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 521244886 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 14 2026 21:08:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 521244887 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 14 2026 21:08:00 | Upstart Network Inc., P.o. Box 1503, San Carlos, CA 94070-7503 |
| 521271445 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 14 2026 21:09:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521244867 | *+ | Aidvantage, Aidvantage Federal Student Aid Loan Ser, Po Box 300001, Greenville, TX 75403-3001 |
| 521244868 | *+ | Aidvantage, Aidvantage Federal Student Aid Loan Ser, Po Box 300001, Greenville, TX 75403-3001 |
| 521244881 | *+ | Mercedes-Benz Financial, Attn: Bankruptcy, Po Box 961, Roanoke, TX 76262-0961 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Daniel M. Burke ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4